**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:20-cv-20334-BLOOM/Louis**

CWELT-2008 SERIES 1045 LLC,

      Plaintiff,

v.

PHH CORPORATION,

      Defendant.

_____/

## FINAL JUDGMENT

      Pursuant to the Court's Order GRANTING the Defendant's Motion to Dismiss, ECF No.

[40], this action is dismissed with prejudice, and Plaintiff shall take nothing by its Complaint.

      **DONE AND ORDERED** in Chambers at Miami, Florida, on May 27, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record